# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Runkle, Sabrina | Docket No. | 2:20CR00037-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sabrina Runkle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Sabrina Runkle admitted to ingesting methamphetamine on March 6, 2020.

On March 9, 2020, the conditions of pretrial release supervision were reviewed with Ms. Runkle.  She acknowledged an understanding of the conditions, which included standard condition number 9.

On March 9, 2020, Ms. Runkle reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine, heroin (morphine), and oxycodone.  Ms. Runkle denied using any opiate-based controlled substances upon her release onto pretrial supervision in the instant federal matter.  However, Ms. Runkle admitted to ingesting methamphetamine on March 6, 2020 following her release from custody.  Subsequently, she signed a substance abuse admission form with U.S. Probation Officer (USPO) Jennifer Frieling, acknowledging her use of methamphetamine on "Friday."  Ms. Runkle further confirmed with USPO Frieling that she last used methamphetamine on Friday, March 6, 2020.

On March 10, 2020, the undersigned officer confronted Ms. Runkle about her use of methamphetamine, heroin and oxycodone.  She advised her last use of heroin was the day prior to her arrest in the instant federal matter.  She denied ingesting any other prescription opiate-based pain medication.  Ms. Runkle admitted she ingested methamphetamine on March 6, 2020, upon her release from custody in the instant federal matter.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   March 11, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Runkle, Sabrina**
**March 11, 2020**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

March 12, 2020
Date