# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Runkle, Sabrina | Docket No. | 2:20CR00037-TOR-2 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sabrina Runkle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Sabrina Runkle tested positive for the presence of amphetamine; methamphetamine; codeine; hydromorphone; and morphine on April 10, 2020.

On March 9, 2020, the conditions of pretrial release supervision were reviewed with Ms. Runkle. She acknowledged an understanding of the conditions, which included standard condition number 9.

On April 10, 2020, Ms. Runkle reported to Pioneer Human Services and submitted a urine specimen that tested presumptive positive for the presence of amphetamine; methamphetamine; morphine and cocaine. Ms. Runkle signed a substance abuse denial form stating she had not used illegal controlled substances. Subsequently, the urine specimen was sent to Alere Toxicology (Alere) for further analysis.

Later on April 10, 2020, the undersigned officer contacted Ms. Runkle to discuss her drug use. Ms. Runkle admitted she last ingested heroin on April 4, 2020. She denied using cocaine or methamphetamine at that time.

On April 16, 2020, Alere confirmed the above-noted urine specimen tested negative for the presence of cocaine. However, Alere confirmed the sample tested positive for the presence of amphetamine; methamphetamine; codeine; hydromorphone; and morphine.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

|   |   |   |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   April 17, 2020 |
| | by | s/Erik Carlson |
| | | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
**Re: Runkle, Sabrina**
**April 17, 2020**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

April 17, 2020
_____
Date