# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.　　　　　　Runkle, Sabrina　　　　　　Docket No.　　2:20CR00037-TOR-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sabrina Runkle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of March 2020, under the following conditions:

**Additional Condition #17:** Submit to a mental health evaluation and any recommended treatment as directed by the U.S. Probation Office.

**Additional Condition #24:** Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation and any recommended treatment.

Pretrial Services shall determine the evaluator and the schedule.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Sabrina Runkle is alleged to have failed to attend recommended mental health treatment since May 27, 2020.

On March 9, 2020, U.S. Probation Officer Corey McCain reviewed the conditions of pretrial release supervision with Ms. Runkle. Ms. Runkle acknowledged an understanding to the conditions, which included additional condition number 17.

On March 30, 2020, Ms. Runkle participated in a mental health evaluation at Resource Counseling Solutions. The mental health counselor recommended Ms. Runkle attend treatment sessions two times per month to address issues with depression and anxiety.

On August 12, 2020, the undersigned officer spoke with Ms. Runkle's mental health counselor, Robert Shepard. Mr. Shepard advised the defendant has not appeared for a counseling session since May 27, 2020. Since that time, Ms. Runkle has failed to appear for at least two scheduled appointments on or about June 26, and August 11, 2020.

**Violation #2:** Sabrina Runkle is alleged to have failed to engage in recommended substance abuse treatment since June 10, 2020.

On March 9, 2020, U.S. Probation Officer Corey McCain reviewed the conditions of pretrial release supervision with Ms. Runkle. Ms. Runkle acknowledged an understanding to the conditions, which included additional condition number 24.

On April 9, 2020, Ms. Runkle participated in a substance abuse evaluation at Pioneer Human Services (PHS), in which she was recommended to attend intensive outpatient program (IOP) substance abuse treatment with that agency.

On June 18, 2020, Ms. Runkle reported to the undersigned officer that she was having scheduling conflicts with her substance abuse treatment sessions at PHS. She asked if she could transfer to another substance abuse treatment agency that could accommodate her schedule. The undersigned officer advised Ms. Runkle that she could explore other options for treatment services, and to provide more information about another agency by June 22, 2020.

On June 19, 2020, Pioneer Human Services terminated treatment services with Ms. Runkle.

On July 2, 2020, the undersigned officer spoke with Ms. Runkle about entering another substance abuse treatment program. Ms. Runkle advised she would contact Spokane Addiction and Recovery Center (SPARC) to schedule an assessment.

On July 10, 2020, Ms. Runkle advised the undersigned officer that she had contacted SPARC and would be able to schedule a substance abuse assessment the following week.

On August 5, 2020, the undersigned officer spoke with Ms. Runkle about her substance abuse treatment. She had yet to enroll in substance abuse treatment services at SPARC. Ms. Runkle advised she had been attending weekly treatment sessions at a methadone program and asked if this program would satisfy her requirements to attend substance abuse counseling; however, she did not know the name of the program. Ms. Runkle agreed to get information regarding her substance abuse treatment services through her methadone program and contact the undersigned officer on August 6, 2020. Ms. Runkle has yet to provide the undersigned officer with any additional information regarding her reported substance abuse treatment services at the methadone program where she is reportedly enrolled.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 12, 2020

by:    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

August 13, 2020
Date