# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Runkle, Sabrina | Docket No. | 0980 2:20CR00037-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sabrina Runkle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 9, 2020, and again on June 13, 2023, the conditions of pretrial release supervision were reviewed with Ms. Runkle. She acknowledged an understanding of the conditions on both occasions, which included standard condition number 9.

**Violation #2:** Sabrina Runkle is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl daily for approximately 1 week on July 24, 2023.

On July 24, 2023, Ms. Runkle contacted the undersigned officer telephonically. She advised she relapsed approximately 1 week prior by smoking approximately 6 fentanyl pills daily.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: July 25, 2023 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Runkle, Sabrina**
**July 25, 2023**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[X]    Other - *The sentencing hearing scheduled for 8/25/2023 remains set.*

_____
Thomas O. Rice
United States District Judge

  July 26, 2023
_____
Date