PROB 12C
(6/16)

Report Date: October 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sabrina Runkle | Case Number: 0980 2:20CR00037-TOR-2 |
| Address of Offender: ███████████, Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 23, 2023

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Substance Containing Heroin, 21 U.S.C. § 841(a)(1),(b)(1)(C) |
| Original Sentence: | Prison - 366 days; TSR - 36 months |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| Defense Attorney: | Federal Defenders Officer |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 19, 2024

Date Supervision Expires: March 18, 2027

## PETITIONING THE COURT

To issue a summons.

On March 21, 2024, a supervision intake was completed. Ms. Runkle signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |
| | **Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by communicating with a felon, on or about August 21, 2024. |
| | On August 22, 2024, Sabrina Runkle sent the undersigned officer a text message to report she had contact with law enforcement on August 21, 2024. She advised she was in a vehicle accident and the driver was someone we had discussed in the past. On August 23, 2024, she reported to the probation office to discuss this further. She advised the driver is another individual on supervised release. On July 16, 2024, Ms. Runkle was reprimanded for associating with felons. At that time she was associating with an individual under supervised release as well as an individual under supervision with the Washington State Department of Corrections. |

Prob12C
**Re: Runkle, Sabrina**
**October 8, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of his supervised release by failing to attend an individual therapy session with her substance abuse counselor, on or about July 19, 2024.

Sabrina Runkle is enrolled in outpatient substance abuse treatment services with Pioneer Human Services (PHS). On July 19, 2024, she was scheduled to attend an individual therapy session with her counselor at PHS. PHS staff reported she failed to attend that appointment.

3   **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by failing to attend a substance abuse group treatment session, on or about August 20, 2024.

Sabrina Runkle is enrolled in outpatient substance abuse treatment services with Pioneer Human Services (PHS). She is scheduled to attend group sessions every Tuesday. PHS staff reported she failed to attend a group session on August 20, 2024.

4   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about August 27, 2024.

On August 27, 2024, Ms. Runkle reported to the probation office. A sweat patch was applied. She reported back to the probation office on September 4, 2024, and the sweat patch was removed and sent to the laboratory for testing. The lab report has since been received and noted a positive presence for methamphetamine and amphetamine. Ms. Runkle denies use, but later indicated she was intimate with an individual who had been using methamphetamine.

Prob12C
**Re: Runkle, Sabrina**
October 8, 2024
Page 3

| | | |
|---|---|---|
| 5 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about September 18, 2024.

On September 18, 2024, reported to the probation office. A sweat patch was applied. She reported back to the probation office on September 24, 2024, and the sweat patch was removed and sent to the laboratory for testing. The lab report has since been received and noted a positive presence for methamphetamine, amphetamine and fentanyl.

6    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about September 18, 2024.

On September 18, 2024, Ms. Runkle reported to the probation office. A sweat patch was applied. She reported back to the probation office on September 24, 2024, and the sweat patch was removed and sent to the laboratory for testing. The lab report has since been received and noted a positive presence for methamphetamine, amphetamine and fentanyl.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/08/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[X]    Defendant to appear before the Magistrate Judge.

Thomas O. Rice
United States District Judge
October 8, 2024
Date