PROB 12C
(6/16)

Report Date: October 23, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Sabrina Runkle | Case Number: 0980 2:20CR00037-TOR-2 |
| Address of Offender: ▇▇▇▇▇▇▇▇ Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: August 23, 2023 | |
| Original Offense: Possession with Intent to Distribute a Substance Containing Heroin, 21 U.S.C. § 841(a)(1),(b)(1)(C) | |
| Original Sentence: Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: March 19, 2024 |
| Defense Attorney: Matthew F. Duggan | Date Supervision Expires: March 18, 2027 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/8/2024 and 10/18/2024.

On March 21, 2024, a supervision intake was completed. Ms. Runkle signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by consuming a controlled substance, fentanyl, daily, from on or about October 19 through 21, 2024. |
| | On October 23, 2024, during a telephone conversation with Ms. Runkle, she disclosed additional use. She advised that she had consumed fentanyl daily from October 19 through October 21, 2024. |

Prob12C
**Re: Runkle, Sabrina**
**October 23, 2024**
Page 2

Ms. Runkle reported to the probation office that same day. She signed a drug use admission form reflecting the use of fentanyl October 19 through October 21, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/23/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
October 24, 2024
Date