PROB 12C
(6/16)

Report Date: December 26, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Sabrina Runkle | Case Number: | 0980 2:20CR00037-TOR-2 |
| Address of Offender: | ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201 | | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 23, 2023

Original Offense:  Possession with Intent to Distribute a Substance Containing Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(c)

Original Sentence:  Prison - 366 days
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Earl Allan Hicks

Date Supervision Commenced: March 19, 2024

Defense Attorney:  Matthew F. Duggan

Date Supervision Expires: March 18, 2027

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/08/24, 10/18/24 and 10/23/24.

On March 21, 2024, a supervision intake was completed.  Ms. Runkle signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #3a ordered on November 13, 2024**: Defendant shall reside in a residential reentry center (RRC) for a period up to 180 days.  Defendant shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |
| | **Supporting Evidence**: Sabrina Runkle allegedly violated the terms of her supervised release by violating rules of the RRC which resulted in her being terminated from the program, on or about December 26, 2024. |
| | On December 12, 2024, Sabrina Runkle completed inpatient treatment and transitioned to residing at an RRC as required. |
| | On December 23, 2024, the undersigned officer made contact with Ms. Runkle's case manager at the RRC.  The case manager advised that Ms. Runkle has been noncompliant regarding their facility rules as it pertained to inappropriate contact with male residents |

Prob12C
Re: Runkle, Sabrina
December 26, 2024
Page 2

there. The case manager advised they have warned Ms. Runkle about the behaviors on two occasions. As a result, Ms. Runkle and the two other males residing at the RRC were prohibited from being within 10 feet of each other.

On December 26, 2024, the undersigned officer was contacted by the director of the RRC. He advised that Ms. Runkle was found to have a male resident in her room for approximately 2 hours. A review of the security footage showed Ms. Runkle approached the control desk in what appeared to be an effort to distract staff while the male resident exited her room.

Because of her continued noncompliance with the RRC rules, they are terminating her placement at the RRC.

A warrant is respectfully recommended in this matter.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/26/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

December 26, 2024
Date