PROB 12C
(6/16)

Report Date: May 7, 2026

## United States District Court

**for the**

Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 07, 2026**

SEAN F. McAVOY, CLERK

ECF No. 269

Name of Offender: Sabrina Runkle    Case Number: 0980 2:20CR00037-JAG-2

Address of Offender: ███████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: August 23, 2023

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Substance Containing Heroin, 21 U.S.C. § 841(a)(1),(b)(1)(C) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 19, 2024 |
| Defense Attorney: | Andrea George | Date Supervision Expires: March 18, 2027 |

---

### PETITIONING THE COURT

To issue a warrant.

On March 21, 2024, a supervision in take was completed. Ms. Runkle signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4** : You must undergo substance abuse evaluations and , if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by failing to attend an individual substance abuse treatment counseling session on or about April 20, 2026.

On April 20, 2026, Ms. Runkle was scheduled for an individual substance abuse counseling session at Pioneer Human Services (PHS).  PHS staff advised that she failed to attend that appointment.

**Prob12C**
**Re: Runkle, Sabrina**
**May 7, 2026**
**Page 2**

2          **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court of the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by failing to report to the probation office as directed on or about April 28, 2026.

On April 20, 2026, during an office contact, Ms. Runkle was directed to report again on April 28, 2026, at 12 p.m. Ms. Runkle failed to report on April 28, 2026.

3          **Special Condition #5** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Sabrina Runkle failed to appear for a random urinalysis on or about April 24, 2026.

Ms. Runkle is enrolled in phase drug testing at Pioneer Human Services (PHS). She is expected to call the drug testing line daily to determine if she is required to appear at PHS that same day for a urinalysis. On April 24, 2026, she failed to appear at PHS for a random urinalysis.

4          **Special Condition #5** : You must abstain from the use of illegal controlled subtances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by consuming a controlled substance, fentanyl, daily since on or about April 22 to on or about April 29, 2026.

On April 30, 2026, Ms. Runkle reported to the U.S. Probation Office. Ms. Runkle was not scheduled to report and appeared confused about the date. There were concerns about her appearance, as well as her falling asleep in the office. The undersigned officer called her, questioning her condition and possible drug use. She ultimately admitted to consuming fentanyl daily for approximately the last 2 weeks. She then met with the duty officer and signed a drug use admission form, admitting to using fentanyl for the past week.

On May 6, 2026, she advised the undersigned officer that her last date of fentanyl use was on April 29, 2026.

**Prob12C**
**Re: Runkle, Sabrina**
**May 7, 2026**
**Page 3**

5    **Special Condition #4** : You must undergo substance abuse evaluations and , if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release, by refusing to participate in a substance abuse treatment assessment on or about May 5, 2026.

On April 30, 2026, Sabrina Runkle reported to the U.S. Probation Office.  Due to her ongoing use of controlled substances, specifically fentanyl, she was directed to contact the Spokane Regional  Stabilization Center (SRSC).  Ms. Runkle entered the SRSC that same evening.  She discharged on May 5, 2026, and advised the undersigned officer that they did not recommend inpatient treatment.  Upon contact with the SRSC, it was reported that Ms. Runkle declined to have a substance abuse assessment completed while at the SRSC.

6    **Special Condition #4** : You must undergo substance abuse evaluations and , if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by failing to attend an individual substance abuse treatment session on or about May 6, 2026.

On May 6, 2026, Ms. Runkle was scheduled for an individual substance abuse counseling session at Pioneer Human Services (PHS).  PHS staff advised that she failed to attend that appointment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/07/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Runkle, Sabrina**
**May 7, 2026**
**Page 4**


THE COURT ORDERS

[  ]     No Action
[ x]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the
         case.
[ x]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

_____May 7, 2026_____

Date