PROB 12C
(6/16)

Report Date:  May 11, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sabrina Runkle                Case Number: 0980 2:20CR00037-TOR-2

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 23, 2023

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Substance Containing Heroin, 21 U.S.C. § 841(a)(1),(b)(1)(C) |
| Original Sentence: | Prison - 366 days; TSR - 36 months |

Type of Supervision: Supervised Release

| | | |
|---|---|---|
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: March 19, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 18, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on May 7, 2026.

On March 21, 2024, a supervision intake was completed. Ms. Runkle signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Sabrina Runkle violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about May 5, 2026.

On May 5, 2026, Ms. Runkle reported to Pioneer Human Services for a random urinalysis. The sample tested presumptive positive for fentanyl.  She denied use and the sample was sent to the lab for further analysis  A lab report has since been received, which confirms a positive presence for fentanyl.

**Prob12C**
**Re: Runkle, Sabrina**
**May 11, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/11/2026
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Thomas O. Rice_
_____
Signature of Judicial Officer

May 15, 2026
_____
Date